<partyblock>

The People of the State of New York, Respondent,

against

Eric Mandel, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Felicia A. Mennin, J.), rendered June 30, 2016, after a nonjury trial, convicting him of attempted criminal mischief in the fourth degree, and imposing sentence.

Per Curiam.

Judgment of conviction (Felicia A. Mennin, J.), rendered June 30, 2016, affirmed.

The verdict convicting defendant of attempted criminal mischief in the fourth degree (see Penal Law  110.00; 145.00[1]) was supported by legally sufficient evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the trial court's determinations concerning credibility. The evidence established that defendant, without permission, struck the windshield of complainant's car with his fist following a minor traffic incident, causing the windshield to shatter. Defendant's requisite intent to damage the property is fairly inferred from his acts and the surrounding circumstances (see People v Gordon, 23 NY3d 643, 650 [2014]; Matter of Carlos M., 32 AD3d 686, 687 [2006]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur  

Decision Date: November 27, 2017

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>